Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 69.142.155.169,<br><br>                    Defendant. | Civil Action No. _____ |

### NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

1

Respectfully submitted,

Dated: March 31, 2015          By:    /s/ *Patrick J. Cerillo*
                                      Patrick J. Cerillo, Esq.
                                      Patrick J. Cerillo, LLC
                                      4 Walter Foran Blvd., Suite 402
                                      Flemington, NJ 08822
                                      Attorney ID No. 01481-1980
                                      T: (908) 284-0997
                                      F: (908) 284-0915
                                      pjcerillolaw@comcast.net
                                      *Attorneys for Plaintiff*